AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>U.S. Postal First Class Mail Parcels addressed to<br>Viva Naturals, 1812 N. Kansas, Wichita, KS 67214<br>mailed on September 26, 2019 | )<br>)<br>)   Case No. 19-M-6177-01-KGG<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Kansas_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substances, any drug paraphernalia related to the possession, manufacture, or distribution of a controlled substance including narcotic packaging and US Currency.

**YOU ARE COMMANDED** to execute this warrant on or before   Oct 29, 2019   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Kenneth G. Gale_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   Oct 15, 2019
1600
                                                             _____
                                                                     *Judge's signature*

City and state:   Wichita, Kansas
                                                      Kenneth G. Gale, U.S. Magistrate Judge
                                                             *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2836344-PMN | 10/16/19-  1600 | VIVA NATURALS  / USPIS |

Inventory made in the presence of :
HIGHFILL, MILLER, MARTIN

Inventory of the property taken and name of any person(s) seized:

9500112021399269260938- 5 VIALS STEROIDS
9500112021389269260945- 4 VIALS STEROIDS
9500112021389269261065- 1 VIAL STEROIDS/ 50 STEROID PILLS
9500112021389269260952- 2 VIALS STEROIDS/ 50 STEROID PILLS
9500112021389269260976- 4 VIALS STEROIDS
9500112021389269260983- 3 VIALS STEROIDS
9500112021389269260990- 1 VIAL STEROIDS/ 50 STEROID PILLS
9500112021389269261003- 1 VIAL STEROIDS/ 50 STEROID PILLS
9500112021389269261010- 2 VIALS STEROIDS/ 50 STEROID PILLS
9500112021389269261027- 2 VIALS STEROIDS/ 50 STEROID PILLS
9500112021389269261041- 2 VIALS STEROIDS/ 50 STEROID PILLS
9500112021389269261058- 3 VIALS STEROIDS
9500112021389269261072- 1 VIAL STEROIDS/ 100 STEROID PILLS
9500112021389269261089- 4 VIALS STEROIDS
9500112021389269261096- 6 VIALS STEROIDS

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/16/19

*Executing officer's signature*

PAUL SHADE/ POSTAL INSPECTOR
*Printed name and title*

## ATTACHMENT

PROPERTY TO BE SEARCHED

Fifteen United States Postal Service ("USPS") First Class Parcels, bearing tracking numbers: "9500112021389269260938," "9500112021389269260945," "9500112021389269261065," "9500112021389269260952," "9500112021389269260976," "9500112021389269260983," "9500112021389269260990," "9500112021389269261003," "9500112021389269261010," "9500112021389269261027," "9500112021389269261041," "9500112021389269261058," "9500112021389269261072," "9500112021389269261089," "9500112021389269261096."

All have the same return address of "Viva Naturals, 1812 N. Kansas, Wichita, KS 67214," and all have the same bubble mailer packaging. All were mailed on September 26, 2019 from the River City Post Office, Wichita, KS 67216.